UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>JOHN MICHAEL OBERT, )<br><br>Defendant. ) | NO.  CR07-5815BHS<br><br>ORDER GRANTING TEMPORARY STAY AND SETTING BRIEFING SCHEDULE |

Based on the files and records herein, and the affidavit of defense counsel in support of the motion,

NOW, THEREFORE, IT IS HEREBY ORDERED

1.     The September 21, 2011 authorization releasing U.S. Probation Office materials to the Bureau of Prisons is hereby stayed.

2.     Defendant shall file any briefs in support of the Motion for Reconsideration no later that October 5, 2011.

3.     The Government shall file it's response if any no later than October 12, 2011.

DONE this 29th day of September, 2011.


_____
BENJAMIN H. SETTLE
United States District Judge

Presented By:

/s/ *Russell V. Leonard*
Russell V. Leonard
Attorney for Defendant

ORDER GRANTING TEMPORARY STAY
*U.S. v. Obert*, CR07-58515BHS                    1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington    98402
(253) 593-6710